## 59770. WATKINS v. THE STATE.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED APRIL 16, 1980 — DECIDED
JULY 2, 1980.

*Thomas A. Travis, Jr.,* for appellant.
*M. Randall Peek, District Attorney,* for appellee.